# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Eugene D Hicks**,** ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 3:23-cv-00662-RJC-SCR |
| ) | |
| vs. ) | |
| ) | |
| Cams Management Oakdale Green et al ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2024 Order.

January 4, 2024

Katherine Hord Simon, Clerk
United States District Court